IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ISHIHARA, et al., | No. C 06-6758 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT MAKITANI TO FILE COPIES OF ALL PLEADINGS FILED IN STATE COURT** |
| v. | |
| KATSUTO OUNE, et al., | |
| Defendants / | |

On October 31, 2006, defendant Haruko Shinoda Makitani ("Makitani") filed a Notice of Removal, attaching thereto as exhibits a copy of plaintiffs' complaint and the summons issued by the state court, but no other document filed in state court. On December 15, 2006, plaintiffs filed a motion to dismiss cross-complaints filed in state court by, respectively, Makitani and defendant Katsuto Oune ("Oune"), and to strike affirmative defenses in the answers filed in state court by, respectively, Makitani and Oune.

A district court may "require the removing party to file with its clerk copies of all records and proceedings in such State court." See 28 U.S.C. § 1447(b). In order to facilitate review of plaintiffs' motion to dismiss and to strike, the Court hereby DIRECTS Makitani to file herein, no later than December 29, 2006, copies of all pleadings in state court by Makitani and by Oune.

**IT IS SO ORDERED.**

Dated: December 19, 2006

MAXINE M. CHESNEY
United States District Judge