United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11   GERALD ISHIHARA, et al.,                      No. C 06-6758 MMC

12              Plaintiffs,                        **ORDER CONTINUING CASE
                                                   MANAGEMENT CONFERENCE**
13       v.

14   KATSUTO OUNE, et al.,

15              Defendants
     _____/
16

17          Pursuant to the parties' stipulation, filed February 21, 2007, and good cause

18   appearing, the Case Management Conference is hereby CONTINUED from March 30,

19   2007 to April 7, 2007.  All parties, including parties proceeding pro se, are required to

20   attend the Conference.

21          A Joint Case Management Statement shall be filed no later than March 30, 2007.

22          **IT IS SO ORDERED.**

23

24   Dated: February 26, 2007                    _____
                                                 MAXINE M. CHESNEY
25                                               United States District Judge

26
27
28