IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ISHIHARA, et al., | No. C 06-6758 MMC |
| Plaintiffs, | **AMENDED ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| KATSUTO OUNE, et al., | |
| Defendants / | |

The Order Continuing Case Management Conference is hereby AMENDED to reflect that the Case Management Conference is continued to April 6, 2007:

Pursuant to the parties' stipulation, filed February 21, 2007, and good cause appearing, the Case Management Conference is hereby CONTINUED from March 30, 2007 to April 6, 2007. All parties, including parties proceeding pro se, are required to attend the Conference.

A Joint Case Management Statement shall be filed no later than March 30, 2007.

**IT IS SO ORDERED.**

Dated: February 26, 2007

MAXINE M. CHESNEY
United States District Judge