IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ISHIHARA, et al., | No. C 06-6758 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART APPLICATION OF CROSS-DEFENDANT PAUL CURRIER** |
| v. | |
| KATSUTO OUNE, et al., | |
| Defendants / | |

Before the Court is cross-defendant Paul Currier's ("Currier") Application for Order, filed May 25, 2007, by which Currier seeks an extension of time to move for default judgment as against defendant Victor Crespin ("Crespin"). Currier represents he is the successor-in-interest to plaintiff South City Press, the party in whose favor a Clerk's default was entered against Crespin on November 21, 2006. Good cause appearing, such request is hereby GRANTED and the deadline for Currier to file a motion for default judgment is hereby EXTENDED to June 15, 2007.[1]

By the above-referenced Application, Currier also seeks an extension of time to "formally substitute in for South City Press" and "for Jeffrey Marc Weiss, counsel for South City Press, to withdraw from this action." (See Application for Order at 2.) No deadline has

---

[1] Currier seeks an extension to June 11, 2007. Because the Court hears motions on Friday mornings, however, the extension has been granted to the first Friday following the date requested.

been set for such substitution or withdrawal, and, consequently, no "extension" is necessary. Because Currier's standing as to the motion for default judgment is dependent on the Court's finding he is entitled to be substituted in place of South City Press, however, the Court hereby GRANTS the application to the extent it seeks a date for filing a motion to substitute and SETS June 15, 2007 as the deadline for Currier to file any such motion. The Court hereby DENIES the application with respect to a date by which counsel for South City Press must withdraw; no showing has been made that such motion is either contemplated by or required of counsel.

Finally, Currier seeks an order shortening time for hearing of the above motions, such that the hearing would be held no later than June 15, 2007. Currier has failed to show that such an abbreviated schedule is warranted, however, and, accordingly, the request for an order shortening time is hereby DENIED. Currier shall notice his motions for hearing in accordance with a 35-day briefing schedule, see Civil L. R. 7-2, 7-3, and shall serve notice of said motions on all parties who have appeared in the action.

**IT IS SO ORDERED.**

Dated: June 4, 2007

MAXINE M. CHESNEY
United States District Judge

2