1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD ISHIHARA, et al.,

     Plaintiffs,

 v.

KATSUTO OUNE, et al.,

     Defendants
_____/

No. C 06-6758 MMC

**ORDER GRANTING MOTION TO
SUBSTITUTE PAUL TALCOTT
CURRIER AS PLAINTIFF IN PLACE OF
SOUTH CITY PRESS AND TO
WITHDRAW JEFFREY MARC WEISS
AS COUNSEL FOR SOUTH CITY
PRESS; VACATING HEARING**

     Before the Court is Paul Talcott Currier's ("Currier") "Motion to Substitute Paul Talcott Currier as Plaintiff in Place of South City Press and to Withdraw Jeffrey Marc Weiss as Counsel for South City Press," filed June 15, 2007.  No opposition has been filed. Having reviewed the papers filed in support of the motion, the Court deems the matter suitable for decision on the papers, VACATES the hearing scheduled for July 27, 2007, and hereby GRANTS the motion, as follows:

     1.  Currier, appearing pro se, is hereby SUBSTITUTED as plaintiff in place of South City Press; and

     2.  Jeffrey Marc Weiss is hereby RELIEVED as counsel of record for South City Press.

     **IT IS SO ORDERED.**

Dated:  July 25, 2007

_____
MAXINE M. CHESNEY
United States District Judge