IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ISHIHARA, et al., | No. C 06-6758 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF CURRIER'S APPLICATION FOR DEFAULT JUDGMENT** |
| v. | |
| KATSUTO OUNE, et al., | |
| Defendants / | |

Before the Court is plaintiff Paul Currier's ("Currier") Application for Default Judgment By Court Against Defendant Victor Crespin ("Crespin"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, filed June 15, 2007, as supplemented August 17, 2007. Having read and considered the papers filed in support of the application, the Court rules as follows:

1. Currier is entitled to an award of damages in his favor and against Crespin in the amount of $25,000, trebled pursuant to 18 U.S.C. § 1964(c) to $75,000.

2. Currier is entitled to an award of costs in his favor and against Crespin in the amount of $335.00.

3. Currier is entitled to an award of attorney's fees in his favor and against Crespin in the amount of $12,000, such amount corresponding to the fees incurred by Currier's predecessor in the prosecution of claims against Crespin, which the Court finds to be

1 reasonable.

2     4. Currier is not entitled to an award of attorney's fees to the extent Currier seeks additional attorney's fees, specifically, to correspond to fees incurred solely with respect to the prosecution of claims against other defendants.

## CONCLUSION

Currier's application for default judgment as against Crespin is hereby GRANTED in part and DENIED in part, as follows:

    1. The application is GRANTED and Currier is entitled to judgment in his favor and against Crespin in the total amount of $87,335.00, representing treble damages in the amount of $75,000, attorney's fees in the amount of $12,000, and costs in the amount of $335.

    2. In all other respects, the application is DENIED.

**IT IS SO ORDERED.**

Dated: September 5, 2007

                                              MAXINE M. CHESNEY
                                              United States District Judge