IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ISHIHARA, et al., | No. C 06-6758 MMC |
| Plaintiffs, | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF PAUL CURRIER'S APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION** |
| v. | |
| KATSUTO OUNE, et al., | |
| Defendants | |

Pursuant to Civil Local Rule 72-1, plaintiff Paul Currier's application for an order to appear for examination, filed September 19, 2007, is hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: September 27, 2007

_____
MAXINE M. CHESNEY
United States District Judge