IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD ISHIHARA, et al., | No. C 06-6758 MMC |
| Plaintiffs, | **ORDER DISMISSING REMAINING CLAIMS** |
| v. | |
| KATSUTO OUNE, et al., | |
| Defendants / | |

The Court having been advised that they have reached a settlement as to all remaining claims,[1]

IT IS HEREBY ORDERED that all remaining claims are dismissed without prejudice, provided, however, that if any remaining party certifies to this Court, within ninety days, with proof of service of a copy thereon on all other parties, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: April 4, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] By order filed September 5, 2007, the Court granted Paul Currier's application for default judgment as against Victor Crespin.