IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GERALD ISHIHARA, et al.,

        Plaintiffs,

  v.

KATSUTO OUNE, et al.,

        Defendants.
                                      /

No. CV-06-6758 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiff Paul Currier's application for default judgment as against defendant Victor Crespin is hereby GRANTED in part and DENIED in part, as follows:

    1. The application is GRANTED and Currier is entitled to judgment in his favor and against Crespin in the total amount of $87,335.00, representing treble damages in the amount of $75,000, attorney's fees in the amount of $12,000, and costs in the amount of $335.

    2. In all other respects, the application is DENIED.

Dated: April 4, 2008

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk